UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>RICHARD ANTHONY ORTIZ,<br><br>Defendant. | NO. CR12-62RSL<br><br>ORDER GRANTING UNITED STATES' MOTION TO EXTEND TIME TO FILE RESPONSE |

The Court, having reviewed the Motion of the United States to extend by forty-five days the time to file a response to the defendant's *pro se* motion for a reduction in sentence hereby states that IT IS HEREBY ORDERED that the Motion is GRANTED. The United States may file its Response to Defendant's Motion for Compassionate Release Pursuant to 18 U.S.C. § 3582(c)(1)(A) on or before January 9, 2023, and the motion should be noted for Friday, January 13, 2023, unless the parties reach a different agreement regarding briefing.

DATED this 22nd day of November, 2022.

*[signature]*
Robert S. Lasnik
United States District Judge

Presented by:
*/s/ Vincent T. Lombardi*
VINCENT T. LOMBARDI
Assistant United States Attorney

ORDER GRANTING UNITED STATES' MOTION TO
EXTEND TIME TO FILE A RESPONSE - 1
*United States v. Ortiz*, No. 12-CR-00062-RSL

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970